IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LEE VESTER JOHNSON,** **PLAINTIFF**

**V.** **NO. 4:05CV94-P-B**

**LAWRENCE KELLY, ET AL,** **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

THIS the 20th day of May, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE